UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF MICHIGAN
_____

| | |
|---|---|
| ROCHELEAU, ANDREW J AND<br>ROCHELEAU, STEPHANIE A<br><br>           Debtor(s) | Case No. 18-03859-JTG<br><br>Chapter 12<br>Hon. John T. Gregg<br>Hearing: None |

**MOTION FOR EMERGENCY HEARING**
**PROOF OF SERVICE**

   Trustee Marcia R. Meoli, by her attorney, and pursuant to Local Rule 9016 (g), states:

   1.  Trustee filed a motion to dismiss this case because the debtor does not have adequate insurance.

   2.  Such motion is done ordinarily upon 21 days notice to interested parties.

   3.  Cause exists to set this for an emergency hearing:

A.  The debtor(s) ("Debtor") has no insurance on farm-related assets.  Trustee submits that this places such assets as great risk for irrevocable loss.
B.  The Debtor may have no insurance on 2 transportation vehicles.

   4. Affected parties will not be prejudiced if the hearing is held on limited notice because:

A. For creditors, especially creditors with security interests in the assets involved, this matter needs to be addressed immediately.
B.  For the debtor, trustee raised this issue in an initial notice sent on September 24, 2018 and at the meeting of creditors on October 24, 2018, and since then.  Debtor still has not shown that they obtained any form of insurance on farm-related assets.  The debtor attorney has, very recently, addressed this and mentioned some insurance on the 2 transportation vehicles, but trustee has not received proof of such insurance.  Any difficulty to the debtors or their attorney from limited notice could have been resolved by their addressing these matters prior to commencing the case or certainly promptly after the trustee raised the issues.

WHEREFORE, trustee requests that this court:

    A.  The court set a hearing for the above motion as provided in the proposed order, filed and uploaded concurrently with this motion.
    B.   Order further relief deemed just.

```
Date November 1, 2018          MARCIA R. MEOLI, PLLC
                               Attorneys for trustee


                               By: /S/Marcia R. Meoli_____
                                     Marcia R. Meoli (P42182)

                               1180 Ottawa Beach Rd, Ste A
                               Holland, Michigan 49424
                               (616) 396-2124
```

**PROOF OF SERVICE**

The above document and the underlying motion were served on interested parties on or before the date indicated below:

BY CM/ECF:
Debtor Attorney: Robert A. Stariha
Office of the U.S. Trustee

BY EMAIL:
Robert A. Stariha, slobr@sbcglobal.net , slomistyw@sbcglobal.net
**STEPHANIE A ROCHELEAU**, srocheleau2013@gmail.com

Brion B. Doyle bbdoyle@varnumlaw.com
Elizabeth VonEitzen, EvonEitzen@wnj.com
Karen Rowse-Oberle,   krowse-oberle@brolawpllc.com
Maggio, Michael  (USTP) Michael.V.Maggio@usdoj.gov


BY FIRST CLASS MAIL AS SHOWN:
Andrew & Stephanie Rocheleau, 7819 S. LUCE AVENUE, FREMONT, MI 49412
Office of the U.S. Trustee, 125 Ottawa Ave, NW, #200R, Grand Rapids, MI 49503

```
Date November 1, 2018            /S/Lori DeLand_____
                                 Lori DeLand
```